IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAHMES HERMAN RAYNOR, | ) |
| Plaintiff, | ) |
| v. | ) 1:13-cv-1117 (LMB/JFA) |
| G. PUGH, | ) |
| Defendant. | ) |

ORDER

On September 21, 2016, the Court authorized the expenditure of up $18,501.39 of the pro hac vice funds to reimburse plaintiff's pro bono counsel for expenses she and her law firm incurred. As part of the settlement of this civil action the defendant agreed to repay those funds and has tendered to the Clerk of Court a check in the amount of $18,501.39. Accordingly, it is hereby

ORDERED that the Clerk cause this check to be deposited into the pro hac fund.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 29th day of December, 2016.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge